July 29, 1970

No. 70–52 William C. Washington, PVT and Ernest L. Mays, SP–4, U. S. Army v LG V. P. Mock, Commanding General, HQ 5th Army, Fort Sheridan, Illinois, et al.

Petition denied without prejudice to the right to raise the issues presented when and if the pending charges are referred to trial. Hallinan v Lamont, 18 USCMA 652 (1968); United States v Nelson, 18 USCMA 177, 39 CMR 177 (1969). (J. DARDEN would dismiss the petition. See his separate opinion in United States v Collier, 19 USCMA 511, 42 CMR 113 (1970).)